*Henry Geller* and *John H. Conlin* for the United States et al.

No. 376. FISHER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Fred Elledge, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 379. SOSA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Sam Adam* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 389. TYNAN ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Myron G. Ehrlich* for Tynan, and *Charles B. Murray* for Hanrahan et al., petitioners. *Solicitor General Marshall* for the United States.

No. 390. MASS *v.* BRENNER, COMMISSIONER OF PATENTS. C. A. D. C. Cir. Certiorari denied. *Robert J. Patch* for petitioner. *Solicitor General Marshall* for respondent.

No. 407. KRAKOVER, TRUSTEE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Fred M. Winner* and *Warren O. Martin* for petitioner. *Solicitor General Marshall* for the United States.

No. 412. RUNDLE *v.* UDALL, SECRETARY OF THE INTERIOR. C. A. D. C. Cir. Certiorari denied. *Moses Davis* for petitioner. *Solicitor General Marshall* for respondent.

No. 470. BOARD OF MANAGERS OF THE ARKANSAS TRAINING SCHOOL FOR BOYS ET AL. *v.* GEORGE ET AL. C. A. 8th Cir. Certiorari denied. *Joe Purcell,* Attorney General of Arkansas, *R. D. Smith III,* Assistant Attorney General, and *Jack L. Lessenberry,* Special Assistant At-

torney General, for petitioners.

No. 411. AMINO BROTHERS CO., INC. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *John A. Biersmith* for petitioner. *Solicitor General Marshall* for the United States.

No. 423. NIGHTINGALE ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Vincent M. Casey* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 425. MATTIA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Frederick B. Lacey* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 447. INTERNATIONAL LONGSHOREMEN'S & WAREHOUSEMEN'S UNION, LOCAL 12 *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Norman Leonard* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 453. GRIMES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Charles W. Tessmer* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 110. WORRELL *v.* MATTERS ET AL. Sup. Ct. Pa. Certiorari denied. *William P. Thorn, Marvin Karpatkin* and *Leo Pfeffer* for petitioner. *William C. Sennett,* Attorney General of Pennsylvania, *John P. McCord,*